ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John H. Knotts,

Plaintiff,

vs.

E.F. Johnson Company,

Defendant.

**Court File No. 01-1337 MJD/SRN**

**STIPULATION AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled matter, that the above entitled action having been fully and finally compromised and settled, the same may be and hereby is dismissed with prejudice, on the merits, without costs or fees to any party.

IT IS FURTHER STIPULATED AND AGREED that the Court may enter judgment of dismissal upon this Stipulation.

Dated: 3/6/02

**BRIGGS AND MORGAN, P.A.**

By: [signature]
Binh T. Tuong (#297434)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEY FOR DEFENDANT**

1354060v1

FILED ... 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**SMITH, TOLLEFSON & RAHRICK**

Dated: 2/14/02

By: [signature]
Stephen J. Smith (#102799)
113 West Main Street
P.O. Box 271
Owatonna, MN 55060
(507) 451-6540

**ATTORNEY FOR PLAINTIFF**

**ORDER FOR DISMISSAL**

IT IS HEREBY ORDERED, based on the foregoing Stipulation of the parties, the above-entitled matter is hereby dismissed with prejudice, on the merits, without costs or fees.

Dated this 11th day of March, 2001.

BY THE COURT:

[signature]
The Honorable ~~Susan R. Nelson~~ Michael J. Davis
~~Magistrate~~ Judge of United States District Court